JUDGE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR12-0023RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH MOTION **AND** ORDER GRANTING MOTION TO SEAL EXHIBIT |
| CHARLES DEVILLE NASH, | ) | |
| Defendant. | ) | |

Upon the motion of the Defense to file an over length motion in excess of the 12- page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington; and the Defense motion to file Exhibit B under seal;

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Motion for Compassionate Release not to exceed 21 pages;

IT IS FURTHER ORDERED that Exhibit B be filed under seal.

IT IS SO ORDERED.

DONE this 21st day of July, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jerome Kuh,* Assistant Federal Public Defender

ORDER GRANTING MOTION
TO FILE OVERLENGTH & MOTION TO SEAL EXHIBIT
(*United States v. Nash;* CR12-0023RSM) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710