The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DEVILLE NASH,<br><br>Defendant. | NO. CR12-023 RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS 1, 3, AND 5 TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibits 1, 3, and 5 to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibits 1, 3, and 5 to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Nash,* CR12-023 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibits 1, 3, and 5 to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) be filed under seal.

DATED this 6th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Sealing Order
*United States v. Nash,* CR12-023 RSM
- 2 -
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970