JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES DEVILLE NASH, ) <br> ) <br> Defendant. ) | No. CR12-0023RSM <br><br> ORDER GRANTING DEFENSE MOTION TO SEAL EXHIBIT |

This matter has come before the Court on the motion to seal Exhibit A to Defendant's Reply to Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit A, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that Exhibit A to Defendant's Reply to Motion for Compassionate Release be filed under seal.

DONE this 10th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jerome Kuh,*
Assistant Federal Public Defender

ORDER GRANTING MOTION
TO SEAL EXHIBIT
(*United States v. Nash;* CR12-0023RSM) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710