The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES D. NASH<br><br>Defendant. | No. CR12-023<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION REGARDING BRIEFING SCHEDULE<br><br>Noted: September 7, 2022 |

This Court, having reviewed Motion proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. Any amended or supplemental motion of behalf of the defendant should be filed on or before October 13, 2022;

b. The government's response to the motion should be filed on or before October 27, 2022;

c. Any reply should then be filed on or before November 3, 2022; and

d. The matter noted for November 3, 2022.

DATED this 9 day of September, 2022.

Ricardo S. Martinez
United States District Court Judge

Order Regarding Brief
Schedule for Compassionate Release Motion
*United States v. Nash*, CR12-023 1

Presented by:

*s/ Harry Williams WSBA*
Harry Williams IV, WSBA #41020
harry@harrywilliamslaw.com
PO Box 22438
Seattle, WA 98122
206.240.1958